# Exhibit A

TNT

562400347

COLLI: 01/01

2

ORIGIN:
NB2   24.10.11

LOCAL HUB:

11297 19:13 S075GPT
4A+ QUA 111003

TNT REF:

EXPRESS (NON DOCS)

DESTINATION:
ORD

DELIVERY:
CHICAGO
A
60609

US UNITED STATES
SPECIAL INSTRUCTIONS: