Todd Touton, Nevada Bar No. 1744
Marla DaVee, Nevada Bar No. 11082
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-8888 (Telephone)
(702) 383-8845 (Fax)

Mark A. Hannemann, admitted *pro hac vice*
Jeffrey S. Ginsberg, admitted *pro hac vice*
Richard M. Cowell, admitted *pro hac vice*
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200 (Telephone)

*Attorneys for Robert Bosch LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BOSCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>JIUJANG YADA TRAFFIC EQUIPMENT CO., LTD. d/b/a DECHANG YEDA TRAFFIC EQUIPMENT CO. and d/b/a NINGBO YEDA AUTOMOBILE PARTS CO. LTD.; and WILLIAM CHENG,<br><br>Defendants. | Case No. 2:11-cv-01762-PMP-RJJ |

### STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

WHEREAS, Robert Bosch LLC ("BOSCH") instituted this patent-infringement action against Jiujang Yada Traffic Equipment Co., Ltd. d/b/a Dechang Yeda Traffic Equipment Co. and d/b/a Ningbo Yeda Automobile Parts Co. Ltd. and William Cheng (collectively, "YADA"), and

WHEREAS, the Parties have entered into a settlement agreement to resolve this action, with an effective date of February 17, 2012;

THEREFORE, BOSCH and YADA hereby stipulate to the dismissal of this action with prejudice, subject to this Court's retention of jurisdiction to enforce the terms of the settlement agreement, each Party to bear its own costs and attorneys' fees.

DATED this 13th day of March 2012.

| LIONEL SAWYER & COLLINS | GORDON SILVER |
|---|---|
| By: /s/Marla J. DaVee<br>Todd Touton, NV Bar No. 1744<br>Marla DaVee, NV Bar No. 11082<br>300 South Fourth Street, Suite 1700<br>Las Vegas, Nevada 89101 | By: /s/Michael N. Feder<br>Michael N. Feder, NV Bar No. 7332<br>GORDON SILVER<br>3960 Howard Huges Pkwy., 9th Floor<br>Las Vegas, Nevada 89146 |
| Mark A. Hannemann<br>Jeffrey S. Ginsberg<br>Richard M. Cowell<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY 10004 | Michael R. Slobasky<br>Philip L. O'Neill<br>Jiwen Chen<br>JACOBSON HOLMAN, PLLC<br>400 Seventh Street, N.W.<br>Washington, D.C. 20004-2218 |
| Attorneys for Robert Bosch LLC | Attorneys for Jiujang Yada Traffic Equipment Co., Ltd. d/b/a Dechang Yeda Traffic Equipment Co. and d/b/a Ningbo Yeda Automobile Parts Co. Ltd. and William Cheng |

IT IS SO ORDERED.

DATED this 13th day of March, 2012.

_/s/ Philip M. Pro_
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
LIONEL SAWYER & COLLINS

By: /s/Marla J. DaVee
Todd Touton, Nevada Bar No. 1744
Marla DaVee, Nevada Bar No. 11082
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101

Mark A. Hannemann, admitted *pro hac vice*
Jeffrey S. Ginsberg, admitted *pro hac vice*
KENYON & KENYON LLP
One Broadway
New York, NY 10004

*Attorneys for Robert Bosch, LLC*

# CERTIFICATE OF SERVICE

I, Marla DaVee hereby certify that on March 13, 2012, a true and correct copy of the within document STIPULATION OF DISMISSAL AND [PROPOSED] ORDER was caused to be served on the following counsel of record, in the manner indicated below:

**VIA ELECTRONIC MAIL:**

Michael N. Feder
Nevada Bar No. 7332
GORDON SILVER
3960 Howard Huges Pkwy., 9th Floor
Las Vegas, Nevada 89169

Michael R. Slobasky
Philip L. O'Neill
Jiwen Chen
JACOBSON HOLMAN, PLLC
400 Seventh Street, N.W.
Washington, D.C. 20004-2218

/s/Marla J. DaVee